O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETTA OLIVAS, ) | CASE NO. ED CV 10-01481 RZ |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| ) | |
| Defendant. ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: October 25, 2011

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE